IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KATHLEEN and HAROLD BLICK, *Plaintiffs,* v. WELLS FARGO BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, EQUITY TRUSTEES, LLC, and BIERMAN, GEESING, WARD & WOOD, LLC, *Defendants.* | No. 3:11–cv–00081 ORDER JUDGE NORMAN K. MOON |

For the reasons articulated in the accompanying Memorandum Opinion, Defendants' separate Motions to Dismiss (docket nos. 6 and 15) are hereby GRANTED. Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all parties of record, and to strike this matter from the Court's docket.

Entered this 27th day of March, 2012.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE